IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| **JAMES SAVEDGE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | 1:06CV00262 |
| | ) | |
| **BANK OF AMERICA, N.A.,** | ) | |
| **FREDRICK J. HANNA & ASSOCIATES,** | ) | |
| **FREDRICK J. HANNA, ESQUIRE,** | ) | |
| **T. CAMILLE FRENCH, ESQUIRE,** | ) | |
| **CAROL FARRINGER, JOHN DOE,** | ) | |
| **JANE DOE, ONE UP,** | ) | |
| | ) | |
| **Defendants.** | ) | |

J-U-D-G-M-E-N-T

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on November 13, 2006, was served on the parties in this action. No objections were filed within the time limits prescribed by § 636.

The court hereby adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the motion to dismiss filed by Defendants Bank of America and Carol Farringer [Pleading No. 18] be **GRANTED** and that this action be, and is hereby, dismissed with prejudice.

This the day of September 19, 2007

    /s/ N. Carlton Tilley, Jr.
United States District Judge